## RYALL V. PEARSALL BROTHERS.

*Detinue.*

(Decided June 30, 1906.   41 So. Rep. 673.)

APPEAL from Marengo Circuit Court.
Heard before Hon. JOHN C. ANDERSON.
CANTERBURY & GILDER, for appellant.
MILLER & HERBERT, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and SIMPSON, JJ., concur.

---

## BELOTE & SONS V. WILCOX.

*Assumpsit.*

(Decided June 30, 1906.   41 So. Rep. 673.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.
HUGH NELSON, for appellant.
CRUM & WEIL, for appellee.
Affirmed.
Opinion by WEAKLEY, C. J.
HARALSON, DOWDELL and DENSON, JJ., concur.

---

## THEODORE LAND CO. V. LYONS.

*Ejectment.*

(Decided July 6, 1906.   41 So. Rep. 682.)

APPEAL from Mobile City Court.
Heard before Hon. SAMUEL B. BROWNE.
MCINTOSH & RICH, for appellant.
ERWIN & MCALEER, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.
HARALSON, ANDERSON and DENSON, JJ., concur.